David A. Klein (SBN 273925).
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
david.klein@kirkland.com
Telephone: +1 310 552 4200
Facsimile: +1 310 552 4900

Andrew Bloomer, P.C. (*pro hac vice*)
Paul Collier, P.C. (*pro hac vice*)
Jonathan K. Tshiamala (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
andrew.bloomer@kirkland.com
paul.collier@kirkland.com
jonathan.tshiamala@kirkland.com
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

*Attorneys for Defendant Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GUZMAN and JEREMY ALBRIGHT, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01543-JLS KES<br><br>**JOINT STIPULATION TO CONTINUE DATES AND DEADLINES IN SCHEDULING ORDER** |

Plaintiffs Paul Guzman and Jeremy Albright ("Plaintiffs") and Defendants Polaris Industries Inc., a Delaware corporation, Polaris Sales Inc., a Delaware Corporation, and Polaris Inc. (f/k/a Polaris Industries Inc.), a Minnesota corporation, ("Defendants"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiffs served their initial Class Action Complaint on August 12, 2019.

WHEREAS, on October 2, 2019, the Court granted Plaintiffs leave to file an amended complaint pursuant to the parties' stipulation and on October 24, 2019, Plaintiffs served their First Amended Class Action Complaint ("First Amended Complaint").

WHEREAS, on November 25, 2019, Polaris moved to dismiss Plaintiffs' First Amended Complaint.

WHEREAS, on February 4, 2020, the Court entered a Scheduling Order setting, among other dates, November 13, 2020 as the class certification motion deadline, December 4, 2020 as the fact discovery deadline, and February 12, 2021 as the close of expert discovery. (Dkt. No. 34.)

WHEREAS, on February 13, 2020, the Court granted Polaris's motion to dismiss and granted Plaintiffs leave to amend to file an amended complaint within twenty-one (21) days.

WHEREAS, on March 3, 2020, Plaintiffs served their Second Amended Class Action Complaint ("Second Amended Complaint").

WHEREAS, Defendants filed its Answer to Plaintiffs' Second Amended Complaint on March 31, 2020.

WHEREAS, the parties have worked diligently to complete depositions of the named plaintiffs and other fact witnesses. (*See* Declaration of Jonathan Tshiamala ("Tshiamala Decl.") ¶ 3; Declaration of Todd Friedman ("Friedman Decl.") ¶¶ 3-4.)

WHEREAS, the parties are diligently working to schedule depositions of the remaining witnesses and any other third party witnesses, but the COVID-19 pandemic has slowed the progress of discovery in the case. (Tshiamala Decl. ¶ 4; Friedman Decl. ¶ 7.)

WHEREAS, the parties have also engaged in written discovery, produced documents, and are meeting and conferring on pending outstanding discovery issues. (Tshiamala Decl. ¶ 5; Friedman Decl. ¶¶ 4-7.)

WHEREAS, the level of discovery in the case combined with the logistical challenges associated with the COVID-19 pandemic have delayed progression of discovery and depositions, which involve discovery from non-parties and former employees, necessitating additional time to complete discovery. (Tshiamala Decl. ¶ 6; Friedman Decl. ¶¶ 8-9.)

WHEREAS, in addition to the deadlines in the present case, counsel for Polaris also have several briefing deadlines in other courts in the coming weeks, including the following matters:

(i) *In re General Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (S.D.N.Y): General Motors LLC's brief in support of a proposed nationwide class settlement is due on November 9, 2020.

(ii) *Colby Thompson v. Polaris Inc.*, No. A20-0427 (Minn. Sup. Ct.): Polaris's opening brief in this case is currently due November 16, 2020.

(iii) *Riley Johannessohn, et al. v. Polaris Industries Inc.*, No. 20-2347 (8th Cir.): Polaris's appeal brief and response to a pending motion are both due on November 20, 2020.

(Tshiamala Decl. ¶ 8.)

WHEREAS, the requested extension will allow Polaris and Plaintiffs to devote the necessary attention to all matters, including all of the deadlines in the current case. (Tshiamala Decl. ¶ 9.)

WHEREAS, this is the parties' first request for an extension of time to amend the discovery schedule. (Tshiamala Decl. ¶ 12; Friedman Decl. ¶¶ 10-11.)

ACCORDINGLY, the parties believe and respectfully submit that good cause exists to modify the scheduling order and request that the Court enter an order extending the dates set forth in the Court's February 4, 2020 scheduling order as follows:

| **Deadlines** | **Old Date** | **New Date** |
|---|---|---|
| Last Day to file Motion for Class Certification and Plaintiffs' Class Expert Reports: | November 13, 2020 | January 13, 2021 |
| Fact Discovery Cutoff: | December 4, 2020 | February 4, 2021 |
| Last Day for Both Parties to Serve Initial Merits Expert Reports: | December 18, 2020 | February 18, 2021 |
| Last Day to File Opposition to Class Certification Motion and Polaris's Class Expert Reports: | January 8, 2021 | March 30, 2021 |
| Last Day for Both Parties to Serve Rebuttal Merits Expert Reports: | January 15, 2021 | April 5, 2021 |
| Last Day to File Reply in Support of Class Certification Motion: | January 22, 2021 | April 14, 2021 |
| Expert Discovery Cutoff: | February 12, 2021 | May 3, 2021 |
| Last Day to File Motions (Except *Daubert* and Motions in *Limine*): | February 26, 2021 | May 10, 2021 |
| Last Day for Settlement Conference: | April 16, 2021 | June 30, 2021 |
| Last Day to File *Daubert* Motions: | April 30, 2021 | July 14, 2021 |
| Last Day to File Other Motions in *Limine*: | May 21, 2021 | August 4, 2021 |
| Final Pretrial Conference: | June 18, 2021 | August 18, 2021 |

| | | |
|---|---|---|
| DATED: October 27, 2020 | By: | */s/ Jonathan K. Tshiamala* |

David A. Klein (SBN 273925)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
david.klein@kirkland.com
Telephone: +1 310 552 4200
Facsimile: +1 310 552 4900

Andrew Bloomer, P.C. (*pro hac vice*)
Paul Collier, P.C. (*pro hac vice*)
Jonathan K. Tshiamala (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
andrew.bloomer@kirkland.com
paul.collier@kirkland.com
jonathan.tshiamala@kirkland.com
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

*Attorneys for Defendant Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*

| | | |
|---|---|---|
| DATED: October 27, 2020 | By: | */s/ John P. Kristensen* |

John P. Kristensen (SBN 224132)
KRISTENSEN WEISBERG, LLP
12540 Beatrice Street, Suite 200
Los Angeles, CA 90066
Telephone: (310) 507-7924
Facsimile: (310) 507-7906
john@kristensenlaw.com

*Attorney for Plaintiffs*

## LOCAL RULE 5-4.3.4(A)(2)(I) ATTESTATION

In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories to the foregoing stipulation have concurred in the content and authorized the filing of this document.

/s/ Jonathan K. Tshiamala
Jonathan K. Tshiamala

*Attorney for Defendant Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*