UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUZMAN, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>POLARIS INDUSTRIES, INC., *et al.*,<br><br>                Defendants.<br><br>MICHAEL HELLMAN, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>POLARIS INDUSTRIES, INC., *et al.*,<br><br>                Defendants. | Case Nos.<br>8:19-cv-01543-FLA (KESx) (lead case)<br>2:23-cv-07187-FLA (KESx)<br><br>**ORDER DENYING DEFENDANTS' UNOPPOSED MOTION TO BIFURCATE [DKT. 250]** |

1  Before the court is Defendants' Unopposed Motion to Bifurcate ("Motion").
2  Dkt. 250.  The court hears motions to bifurcate at the Final Pretrial Conference.  The
3  parties may include a request to bifurcate in their Proposed Final Pretrial Conference
4  Order, *see* Dkt. 194 at 6–7, in the section designated in the court's "Joint Proposed
5  FPTC Order Template," which can be found on the court's website.  *See*
6  https://www.cacd.uscourts.gov/honorable-fernando-l-aenlle-rocha.  Accordingly, the
7  court DENIES the Motion without prejudice.

9  IT IS SO ORDERED.

11  Dated: February 14, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2